Reversed and Remanded and
Memorandum Opinion filed September 30, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00758-CV

____________

 

JO ANN STUART BLADE, Appellant

 

V.

 

JULIUS P. STUART, JR., “JESS” JULIUS STUART, III AND
CLARK GLINN STUART, Appellees

 

On
Appeal from the 400th District Court

Fort Bend County, Texas

Trial Court Cause No. 08-DCV-163722

 

 



M E M O R
A N D U M   O P I N I O N

This is an appeal from a
summary judgment signed June 5, 2009.

            On September 17, 2010, the parties filed a joint
motion to reverse the judgment and remand the cause to the trial court.  See
Tex. R. App. P. 42.1.  The
motion is granted.

            Accordingly, the judgment is reversed and the cause remanded
to the trial court for rendition of judgment in accordance with the parties’
agreement.

                                                                                    PER
CURIAM

 

Panel consists of Justices
Anderson, Frost, and Brown.